# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL BRAZELL JR**                                  **PLAINTIFF**
**ADC #500711**

v.             No: 4:20-cv-01068 LPR-PSH

**EDWARD ADAMS,** *et al.*                            **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following proposed Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Michael Brazell Jr. filed a complaint pursuant to 42 U.S.C. § 1983 on September 4, 2020 (Doc. No. 2). Before the Court is a Motion to Dismiss filed by Defendants Edward Adams, Delecus Etherly, and Joseph Gorman (the "Defendants") (Doc. No. 24). The Defendants move to dismiss this case because

Brazell has failed to comply with a court order compelling him to answer the Defendants' discovery requests.

On October 26, 2021, the Defendants filed a motion to compel responses to discovery requests, identified as Defendants' First Set of Interrogatories and Requests for Production of Documents, served on Brazell on or about July 19, 2021 (Doc. No. 20). The Defendants attached to their motion a copy of the July 19, 2021 letter sent to Brazell enclosing their discovery requests, and a copy of the October 4, 2021 good faith letter in which they sent the requests to Brazell once again and requested responses. Doc. Nos. 20-1 & 20-2. Although he was given the opportunity to do so (*see* Doc. No. 21), Brazell did not file a response to the Defendants' motion to compel.

On November 22, 2021, the Court granted the Defendants' motion to compel and ordered Brazell to respond to the discovery requests within 30 days (Doc. No. 23). Brazell was informed that his failure to comply could result in sanctions, including dismissal of this case. *Id.*

On December 27, 2021, the Defendants moved to dismiss this case as a sanction because Brazell failed to comply with the Court's order compelling him to respond to their discovery requests (Doc. No. 24). Brazell was notified of the opportunity to file a response to the motion to dismiss (Doc. No. 25), but he did not do so.

Rule 37(d) of the Federal Rules of Civil Procedure allows a district court to dismiss an action when a party fails to respond to discovery requests. *See also Aziz v. Wright*, 34 F.3d 587, 589 (8th Cir. 1994) (no motion to compel is required before dismissal under Rule 37(d)). Likewise, Rule 41(b) of the Federal Rules of Civil Procedure allows a defendant to move to dismiss an action or any claim against it when the plaintiff fails to prosecute or comply with the Rules of Civil Procedure or a court order.

Brazell's failure to respond to the Defendants' discovery requests is cause for the dismissal of this case, as is his failure to comply with the Court's order compelling such responses. As the plaintiff in this action, Brazell is obligated to respond to appropriate discovery requests from the Defendants. Accordingly, the Court recommends that the Defendants' motion (Doc. No. 24) be granted, and this case be dismissed without prejudice.

DATED this 19th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE