**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL BRAZELL JR**                                                                   **PLAINTIFF**
**ADC #500711**

**v.**                           **No: 4:20-cv-01068 LPR-PSH**

**EDWARD ADAMS,** *et al.*                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 26).  No objections have been filed, and the time to do so has expired.  After a careful and *de novo* review of the PFR and the entire record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Defendants' motion (Doc. No. 24) is granted, and this case is dismissed without prejudice

Dated this 4th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE