IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL BRAZELL JR**                                                                            **PLAINTIFF**
**ADC #500711**

v.                      No: 4:20-cv-01068 LPR-PSH

**EDWARD ADAMS,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Michael Brazell Jr.'s Complaint is dismissed without prejudice for failure to comply with the Court's order to respond.

IT IS SO ADJUDGED this 4th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE